**Jeff HANCOCK, Plaintiff–Appellant,**

v.

**Andrew POMAZAL; et al.,
Defendants–Appellees.**

**No. 09–17701.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed Feb. 25, 2011.

Jeff Hancock, Soledad, CA, pro se.

Megan R. O'Carroll, AGCA–Office of the California Attorney General, Sacramento, CA, for Defendant–Appellee.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

MEMORANDUM ***

Jeff Hancock, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging Eighth Amendment violations. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Stewart v. U.S. Bancorp*, 297 F.3d 953, 956 (9th Cir.2002), and we affirm.

The district court properly dismissed the action as barred by the doctrine of res judicata because Hancock voluntarily dismissed two earlier lawsuits against defendants alleging the same claims, and the second dismissal "operates as an adjudication on the merits." Fed.R.Civ.P. 41(a)(1)(B); *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1076 (9th Cir.1999) (explaining the "two dismissal rule"). Accordingly, the doctrine of res judicata bars Hancock from re-litigating these claims. *See Stewart*, 297 F.3d at 956 (describing elements of res judicata).

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.